JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GILBERT SALINAS,<br><br>    Plaintiff(s),<br><br>v<br><br>CRAIG REALTY GROUP CITADEL, LLC, ET AL,<br><br>    Defendant(s) | CASE NO. SA CV 15-0393-DOC (RNBx)<br><br>**ORDER DISMISSING CIVIL CASE** |

    The Court having been notified by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **July 6, 2015**, to reopen this action if settlement is not consummated.

    IT IS SO ORDERED.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2015